UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC EQUIPMENT FINANCE, LLC,

    Plaintiffs,

vs.

TRIANGLE AGGREGATES, INC., et al.,

    Defendant.

Case No. 1:12-cv-03

Beckwith, J.
Litkovitz, M.J.

## ORDER

On May 9, 2012, the Court ordered plaintiff to show cause why the complaint should not be dismissed against defendant Triangle Aggregates, Inc. without prejudice for failure of service. (Doc. 8). Plaintiff responded to the show cause order on May 29, 2012 and requested that this case not be dismissed and that the parties be given an additional thirty (30) days to journalize their settlement of this matter. (Doc. 9). To date, plaintiff has not submitted to the Court any further information regarding the status of this matter.

Accordingly, it is herein **ORDERED** that **WITHIN FIFTEEN (15) DAYS** of this Order, Plaintiff shall file with the Court a status report regarding this matter.

**IT IS SO ORDERED.**

9/18/12
Date

Karen L. Litkovitz
United States Magistrate Judge