UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC Equipment Finance, LLC,
    Plaintiff,

v.

Case No. 1:12-cv-03
(J. Beckwith ; MJ Litkovitz)

Triangle Aggregates, Inc., et al.,
    Defendants.

### ORDER

On February 28, 2013, the plaintiff filed a status report informing the Court as to the status of on-going settlement discussions between the parties in this matter. (Doc. 13). Plaintiff indicated that the parties expected within 30 to 40 days on or before April 1, 2013, that settlement may be consummated in this matter. To date, plaintiff has not submitted to the Court any further information regarding the status of this matter.

Accordingly, it is hereby **ORDERED** that **WITHIN FIFTEEN (15) DAYS** of this Order, Plaintiff shall file with the Court a status report regarding this matter.

**It is so ordered**.

Date: 4/11/13

Karen L. Litkovitz
United States Magistrate Judge